Cyrus Safa
Attorney at Law: 282971
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel: (562) 868-5886
Fax: (562) 868-5491
E-Mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
CARLOS B. NUNEZ

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CARLOS B. NUNEZ | Case No.: 2:20-cv-01138-DMC |
| Plaintiff, | |
| v. | ORDER EXTENDING BRIEFING SCHEDULE |
| Andrew Saul, Commissioner of Social Security | |
| Defendant. | |

Based upon the stipulation of the parties, and for cause shown,

IT IS HEREBY ORDERED, that Plaintiff shall have an extension of time in which to file Plaintiff's motion for summary judgment or remand. Plaintiff's

///
///
///
///
///
///
///

-1-

motion at ECF No. 15 is deemed timely. All other deadlines set forth in the February 24, 2021 Case Management Order shall be extended accordingly. IT IS SO ORDERED.

Dated: May 6, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE